**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-03278-REB-KLM

DANNY DELEHOY,

     Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before the court on the **Stipulation For Dismissal** [#18][1] filed June 19, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal** [#18] filed June 19, 2014, is **APPROVED**; and

     2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated June 19, 2014, at Denver, Colorado.

                                     **BY THE COURT:**

                                     Robert E. Blackburn
                                   United States District Judge

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.